UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. ~~Mag.~~ No. 05-761 |
| v. | : | Hon. Dennis M. Cavanaugh |
| ISMAEL A. PANTOJA, a/k/a "El Negro," and JOSE VASQUEZ | : | UNSEALING ORDER |
| | : | |
| | : | |

This matter having come before the Court on the application of the United States of America (Andrew Carey, Assistant U.S. Attorney, appearing) for an order that the indictment in the above-captioned matter be unsealed; and the indictment having become unsealed by virtue of the arrest of the defendants; and for good cause shown,

IT IS ON this /0 day of March, 2009,

ORDERED that the indictment filed in the above-captioned matter is unsealed.

HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE